# FILED

## UNDER

# SEAL

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | ) Case No.: 2:15-cr-00156-JAD-PAL |
| Plaintiff, | ) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEUS CORPUS |
| vs. | ) AD PROSEQUENDUM FOR<br>) MICHAEL BEALE |
| MICHAEL BEALE, | ) (ID# 1944344) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad Prosequendum issue out of this Court, directing the production of the body of the said MICHAEL BEALE before the United States District Court at Las Vegas, Nevada, on or about August 31, 2015 at the hour of 3:00 p.m., in Courtroom 3C, for an initial appearance and arraignment and plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 28, 2015

_____
UNITED STATES MAGISTRATE JUDGE