UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )
                                )
VS.                             )    2:15-CR-156-JAD-PAL
                                )
MICHAEL BEALE,                  )
                                )
        Defendants.              )
                                )

**ORDER**

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated: 11/9/15

JENNIFER A. DORSEY, U.S. DISTRICT JUDGE